# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2011

141344 & (18)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

TODD DAVID SPARKS,
        Defendant-Appellant.

SC: 141344
COA: 297511
Lenawee CC: 09-014103-FC

_____/

       By order of October 20, 2010, the prosecuting attorney was directed to answer the application for leave to appeal the May 14, 2010 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2011

_____
Clerk

0316